IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| ST. PAUL FIRE & MARINE INSURANCE CO., | )<br>) |
| Plaintiff, | )  Case No. 2:07-cv-507<br>) |
| vs. | )<br>) |
| SMITH & JOHNSON CONSTRUCTION CO.<br>and GLOBAL LIVING REAL ESTATE, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS

THIS MATTER came before the Court upon Plaintiff St. Paul Fire & Marine Insurance Company's ("St. Paul") Motion for Default Judgment as to Defendants Smith & Johnson Construction Company ("S&J") and Global Living Real Estate, LLC ("Global") (S&J and Global collectively, the "Defendants"). It appearing that said Motion is well taken and should be **GRANTED**, it is hereby **ORDERED AND DECREED** that judgment by default is entered against the Defendants, jointly and severally, in the amount of $44,711,823, with costs to be taxed against the Defendants for which execution may be issued if necessary.

Enter this 21 day of August 2007.

_____
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ Lee M. Brewer
Lee M. Brewer (0041287)
ALBER, CRAFTON, PSC
501 West Schrock, Suite 104
Westerville, Ohio 43081
(614) 890-5632
(614) 890-5638 (fax)
Attorneys for Plaintiff
St. Paul Fire and Marine Insurance Company