AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

ST. PAUL FIRE & MARINE
INSURANCE CO.,,

      Plaintiff,

vs.

**JUDGMENT IN A CIVIL CASE**

CASE NO.  C2-07-507

SMITH & JOHNSON CONSTRUCTION    JUDGE EDMUND A. SARGUS, JR.
CO. AND GLOBAL LIVING    MAGISTRATE JUDGE NORAH MCCANN KING
REAL ESTATE, LLC,

      **Defendants.**

    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

    **Pursuant to the Order Granting Default Judgment Against Defendants, filed August 22, 2007, JUDGMENT by default is entered against the Defendants, jointly and severally, in the amount of $44,711,823, with costs to be taxed against the Defendants for which execution may be issued if necessary.  This case is closed.**


Date: August 22, 2007                                JAMES BONINI, CLERK


                                                      */S/ Andy F. Quisumbing*
                                                      (By) Andy F. Quisumbing
                                                      Courtroom Deputy Clerk